Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-243**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023

---

## Title

    Title of Work:   Otter

## Completion/Publication

   Year of Completion:   2013
  Date of 1st Publication:   September 13, 2013
 Nation of 1st Publication:   United Kingdom

## Author

      Author:   Andrew Blair Bailie
    Pseudonym:   Blair Bailie
   Author Created:   2-D artwork
     Citizen of:   United Kingdom
   Pseudonymous:   Yes

## Copyright Claimant

  Copyright Claimant:   Andrew Blair Bailie
            12 Armstrong Avenue, Portaferry, BT22 1QZ, United Kingdom

## Rights and Permissions

       Name:   Andrew Blair Bailie
       Email:   writetoblair@btinternet.com
      Address:   12 Armstrong Avenue
            Portaferry BT22 1QZ United Kingdom

## Certification

       Name:   David Denholm

