Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-243**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023

---

## Title

**Title of Work:** Otter

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 13, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Andrew Blair Bailie
  **Pseudonym:** Blair Bailie
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Andrew Blair Bailie
12 Armstrong Avenue, Portaferry, BT22 1QZ, United Kingdom

## Rights and Permissions

**Name:** Andrew Blair Bailie
**Email:** writetoblair@btinternet.com
**Address:** 12 Armstrong Avenue
Portaferry BT22 1QZ United Kingdom

## Certification

**Name:** David Denholm

Page 1 of 2

